No. 00–5703.   HAYES *v.* UNITED STATES.   C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.

Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).